
MR


RECEIVED
6/18/2026
EE
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Darnell Junious

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Walworth county Jail
oFFicer Jason Brown
manager Kol
manager Ashley
Lake geneva Police Department
Lake geneva Mc. Donald's

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:26-cv-07288
Judge Edmond E. Chang
Magistrate Judge Heather K. McShain
PC8
RANDOM / Cat. 3

Case No:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓＿＿＿＿ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

＿＿＿＿ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

＿＿＿＿ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: Darnell Junious

B.    List all aliases: Darnell Pittman, Snug, X, Darnell Junious

C.    Prisoner identification number: N/A

D.    Place of present confinement: N/A

E.    Address: 12001 S State St chicago IL 60628

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Jason Brown

      Title: Sheriff Police

      Place of Employment: Lake geneva Police Department

B.    Defendant: Kol

      Title: Manage

      Place of Employment: Lake geneva Mc.Donald's

C.    Defendant: Ashley

      Title: Manager

      Place of Employment: Lake Geneva Mc.Donald's

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____

D. List all defendants: _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____

G. Basic claim made: _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

It's Justice For all since 1977, In USA I, Darnell Junious have no living restion's I was at my job Place Mcdonail's For a work position working For a Few week's as dark web Police Police Johnboe officer brown Sayne is a Police of Lake geneva Poltc Department made an unlawful arrest i was a mc.donAld's employee working when officer Jason Brown came to my Job said had a Few question's came me at my Job toldme to Step my Job he Said he had a Few questions he had no Probable cause what's so ever he began to make a false arrest he did not read me my right's miranda right's was Violated he left me unmiranzed he didn't have no warrant to arrest me I was working as an employee he had a unmarked Police Vehicle driving SheriFF Vehicle he Kidnapped me OFF my Job In Lake geneva have there own Police Vehicle For the city i was register Sinec Dec 5, 2024 i got arrested Aug 28, 2025

4

Revised 9/2007

I have to register once a year i was an am compliant it is justice for all since 1977 i was compliant out of state in i have no living restion's i was not fail to registy it dont work like that i was registy Dec 5, 2024 i was not running fail to registy i was up to date i was compliant it's justice for all since 1977 i dont have to register in all the state's just one and i dont have no restion's Im not parole or probation I was scared he drove me anywhere and drop me at walworth county jail a place i havent ever been untill Aug 28, 2025 he told the sheriff to process the paper work he didnt give my name he jason brown he didnt give walworth county jail sheriff's My name or nunthing it was incredibly frustrating and disrespectful when someone act's as if you dont exist or refuses to validay involment of my work as in employee like im a nobody as if i was not a real person he treated me like i didnt exist he tested me he treated like as depersonalization, derealization emotional numbness he made me feel like i wasnt

Revised 9/2007

worth hunting he took me OFF my Place of employment he arrested me unconstitutional 4th amendment was violated, 5th amendment violated 14 Amendment established birthright citizenship barred State's from depriving anyone of LiFe Liberty, or Property without due process a guaranted all individual's equal protection under the law my manager Ashley said anything doe, doe and i got locked up unconstitutional I Loved my Job but i was Force OFF my job by Jason brown he said i was Fail to maintain my sex offender resgistry i was registered and was compliant out of State I am registered at that time Aug 28, 2025 i was not running to Fail to registy Dec 5, 2024 i was not running Fail to registy i was up to date i was compliant it's Justice For all since 1977 he had no right making an arrest my Judge Daniel S. Johnson dissmissed the case they the Police but had no jurisdiction to arrest me case# 25cFooo590 My two Attorney's Jaskson A roellig, And also evan J York tooked the time out to help me but i was stressing out i was Fed slickmeat i

Revised 9/2007

Case 2:26-cv-01191-JPS    Filed 06/18/26    Page 6 of 16    Document 1

lost 8 pound's couldnt eat right i Filled out grievaces i lost 8pound's i Kept haven blackout everyday i Couldnt hatly Sleep i had to get back on psychiatric medication's For anxiexy and depression they walworth county jail was Feeding dead Body Slick meat i was told by a correctional OFFicer's they just deliver the Food to the trap they the OFFicer's Said anything the trap they the court gave me time Served but marked paperwork Temporory commitment and didnt Put on my Paperwork Prisoner release they the court didnt care they the Paperwork was wrong they Just Put anythming on Paperwork I'm Still In Jail In my brain like the Court house didnt to do correct Paper i was Serving unconstitutional time and miss treated and not notice overlooked Fail to See observth or Pay Attention to Something like court Paperwork iam Still going throght Something i Still Feel over whelmed It is valid to Jason brown made an unconstitutional arrest he Jason brown Violated's the justice of the Fouth Amendment which Protect's unreasable Seizures. Tobe legal an arrest generally

Revised 9/2007

Case 2:26-cv-01191-JPS    Filed 06/18/26    Page 7 of 16    Document 1

requires either a warrant sighed by a Judge or probable cause meaning an OFFiCer has a reasonble beLiEF that i committed or are committing a crime, An arrest without either is and was a unlawFul arrest he Jason brown lied on me and said i live in wisconsin he said i told him that I live there, I, Darnell Junious told him i stay hEre in the hotel he Jason brown was harassing me i dont have no living restriction's I was not on parole or eirher probation i dont have to tell him jason brown or nobody where i work or go to school i have no restriction's in Police didnt no right to make arrest on me I have no living restriction's in my case and i can live anywhere i want to as long as i register i work i dont have to register my job or where i go to school i have no living restrictions he made an unconstitutional arrest i was to be locket up temporary committion For that charge no more then 199 day's he the OFFicer didnt have probable cause to make the arrest probable cause is

Revised 9/2007

Case 2:26-cv-01191-JPS    Filed 06/18/26    Page 8 of 16    Document 1

Legal Standard in the united State's requiring Police to have sufficient arteulable Fact's that a Specfic Location contaiIn evidenee of a crime It must be established beFore Officer's can make an arrest conduct a search or obtaIn a warrant he had nunthing to make a arrest he didnt read my right's he just Kidnapped me off my Job where i had been emplotee he could not check Personal record's he cant reviewing tax document's or Pull credit report he officer Brown left me without employment For Sereral month's being In my business I dont no who to Sue In my Civil Law Sue but the one's that iFeel was or is involve they the Police had no reason to make an arrest and had to dismissed the case it was unlawFul commitment Police conduct it was Police conduct took Place it was unconstitutional to make an arrest he violated 3 amendment's my miranfa right's was violated my due Process right's was violated I was taken Advantage of he use me For

Revised 9/2007

Case 2:26-cv-01191-JPS    Filed 06/18/26    Page 9 of 16    Document 1

his name he utillize a situation he took opportuniog he use his resource For his own benefit he had officer to say i resisted arrest they couldnt charge me but tryed lie about a bogus resisting I was complying they the white People snake me i wasnt resistant arrest but they dropped that right away it was Police conduct that Place it was Police conduct that took Place It was Just PreJudice a situation or decision is made for me to be arrested PreJudiced mean it was based on a Preconceived he discrimled against me I had to take Immediate action to Protect my right's as a USA citizen born in Illynois chicago westside 290 I, Darnell Junious Law Sue Civil Law Amount $10 million dollar's Civil Law Sue unconstitutional case

Revised 9/2007

V.     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

civiL Law Sue Amount $10 Million dollar's

VI.     The plaintiff demands that the case be tried by a jury.  ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **2nd** day of **June**, 20 **26**

_Darnell Junious_
(Signature of plaintiff or plaintiffs)

Darnell Junious
(Print name)

Y30638
(I.D. Number)

12001 S. State St Chicago IL 60628

(Address)

State of **Illinois** County of **Cook**
Subscribed and sworn to (or affirmed) before me
on this **2nd** day of **June** , 20 **26**
by **Darnell Junious**
proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

_Kellie Rose Cayer_
**Notary Public Signature**

OFFICIAL SEAL
KELLIE ROSE CAYER
Notary Public, State of Illinois
Commission No. 994513
My Commission Expires
August 01, 2028

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# SEX OFFENDER REGISTRATION

WISCONSIN DEPARTMENT OF CORRECTIONS
Division of Community Corrections DOC-1759 (Rev. 6/2024)
Wisconsin Statutes 301.45
Privacy Act 1974, 5 U.S.C. 552A
42 USC 16914 requires collection of the Social Security Number for identity verification purposes

| Date Generated | Generated By |
|---|---|
| 09-09-2025 11:27 | Landreman, Steven |

## Registrant Information

| DOC# | | | WICS PID | | |
|---|---|---|---|---|---|
| S1245900 | | | 1245900 | | |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| JUNIOUS | DARNELL | | |

| Date of Birth | Place of Birth State | Place of Birth Country |
|---|---|---|
| 12-19-1997 | | UNKNOWN PLACE OF BIRTH |

| Gender | Race | Ethnicity |
|---|---|---|
| M | Black | No Data |

| Aliases |
|---|
| JUNIOUS, DARNELL |

| Height | Weight |
|---|---|
| | 0 |

| Hair Color | Eye Color | Mustache | Beard |
|---|---|---|---|
| XXX | XXX | No | No |

| Glasses | Contacts |
|---|---|
| No | No |

| Fingerprint Information | DNA Information |
|---|---|
| No | No |

| Social Security Number | Passport Number | Immigration ID | SID Number | FBI Number | Driver License | DL Issuing State |
|---|---|---|---|---|---|---|
| ###-##-1943 | | | IL17683911 | 607871AE5 | | |

## Registration Information

| Registration County | Start Date | Report Date | Registration End Date |
|---|---|---|---|
| Out Of State | 12-19-1997 | 09-09-2025 | LIFE |

| Tier Level | Term of Registration | Appearance Frequency |
|---|---|---|
| N/A | LIFE | N/A |

| Compliant | Required to Register | Chapter 980 | 2 Strike Case | GPS | Palm Print Information | Need Spanish Letters | ACT 281 |
|---|---|---|---|---|---|---|---|
| Yes | Yes | No | No | No | No | No | No |

| Juvenile |
|---|
| |

| Disability Info | Immigration Status | Criminal History Link |
|---|---|---|
| | | |

## Offense(s) Information

### Offense

### Offense #1

| Conviction Date | Case Number |
|---|---|
| 06-27-2018 | 17CR0122501 |

| Offense Code | Offense Text |
|---|---|
| 720 ILCS 5.0/11-1.30(A)(2) | Attempt Aggravated Criminal Sexual Assault |

| Juvenile | Severity Type | State of Conviction | County of Conviction |
|---|---|---|---|
| | Felony | Illinois | Cook |

| Additional Information |
|---|
| |

### Victim Information

| Victim Data |
|---|
| None |

# ILLINOIS SEX OFFENDER REGISTRATION ACT 30341496
## ILLINOIS MURDERER & VIOLENT OFFENDER AGAINST YOUTH REGISTRATION ACT
## REGISTRATION FORM
Photo Required (Please type or print using black ink)

| Initial Registration: ☐ | Annual: ☒ | Quarterly: ☐ | Homeless Weekly. ☐ | Change of Address:☐ | School:☐ | Employment:☐ |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Last Name. JUNIOUS | First Name. DARNELL | Middle Name: |

| | | | |
|---|---|---|---|
| DOB: 12/19/1997 | Sex: M | Race: B | POB: IL |

| | |
|---|---|
| Resident Address: 12001 S STATE ST | Apartment #: |

| City: CHICAGO | State: IL | ZIP: 60628 | County: COOK | Housing Type: |
|---|---|---|---|---|

Secondary Address:

| Telephone: (773) 822-4138 | Cell Phone: | SSN: 338941943 |
|---|---|---|

Scars/Marks/Tattoos:

| Hgt: 507 | Wgt: 162 | Hair: BLK | Eyes: BRO |
|---|---|---|---|

| Aliases: SNUG, X   DARNELL, JUNIOUS   PITTMAN, DARNELL | DNA: ☒ Yes   ☐ No |
|---|---|

| FBI: 607871AE5 | SID: IL17683911 | REGISTRATION #: X24A1736 |
|---|---|---|
| DOC #: Y30638 | Chicago IR #: 2086453 | Misc #: |
| DLN: | DLN State: | DLN Expiration Date: |
| Vehicle Make: | Model: | Year: |
| License Plate #: | VIN #: | Color: |

| Date of Conviction / Adjudication: 06/27/2018 | County of Conviction: COOK | State of Conviction: IL |
|---|---|---|

| Offense: SOR | Statute: ATTEMPT |
|---|---|
| Citation Code: ISP0001 | Sentence: |
| Probation Officer: | Probation Officer Telephione: |
| Age of Victim(s) at Time of Offense: 20 | Age of Offender at Time of Offense: 19 |

Email Address:

Instant Messaging Identities:

Blog/Chat Room Identities:

Other Internet Communication Identities:

| Uniform Resource Locator (URL): | Internet Protocol (IP) Address: |
|---|---|

Internet Sites Maintained by Individual:

Internet sites to which individual uploaded any content or posted any message or information:

| Employer's Name: | Employed Since: |
|---|---|
| Employer's Address: | Employer's Phone Number: |

| City: | State: | ZIP: | County: |
|---|---|---|---|

| School/Institution of Higher Education Name. | Date Enrolled: |
|---|---|

School Address:

| City: | State: | ZIP: | County: |
|---|---|---|---|

Case 2:26-cv-01191-JPS     Filed 06/18/26     Page 13 of 16     Document 1

STATE OF WISCONSIN      CIRCUIT COURT      WALWORTH COUNTY

☒ State of Wisconsin    ☐ County of Walworth      ☒ **TEMPORARY COMMITMENT**   ☐ **PRISONER RELEASE**
         ☐ Sentencing After Revocation

vs.

Darnell Jurious S _____ , Defendant      Case No (s) 25CF590 _____

**TO: SHERIFF OF WALWORTH COUNTY**      ☒ **Defendant may be released from custody as to above case(s) only.**
                                                     ☒ **Time served.**

The above-named defendant has been sentenced to:            ☐ to any sentence already serving

199 ☒ days ☐ months ☐ year(s) in the ☐ WI State Prisons ☒ Walworth Co. Jail ☐ consecutive ☐ concurrent on Ct. 1 Case 25CF590
       ☐ Followed by ____ ☐ months ☐ year(s) of extended supervision

____ ☐ days ☐ months ☐ year(s) in the ☐ WI State Prisons ☐ Walworth Co. Jail ☐ consecutive ☐ concurrent on Ct. ___ Case ____
       ☐ Followed by ____ ☐ months ☐ year(s) of extended supervision

____ ☐ days ☐ months ☐ year(s) in the ☐ WI State Prisons ☐ Walworth Co. Jail ☐ consecutive ☐ concurrent on Ct. ___ Case ____
       ☐ Followed by ____ ☐ months ☐ year(s) of extended supervision

____ ☐ days ☐ months ☐ year(s) in the ☐ WI State Prisons ☐ Walworth Co. Jail ☐ consecutive ☐ concurrent on Ct. ___ Case ____
       ☐ Followed by ____ ☐ months ☐ year(s) of extended supervision

☐ Defendant's sentence to commence on or before _____ at 8 a.m.
☐ Jail on Ct. ____ in Case _____ is reduced to _____ days if defendant completes Victim Impact Panel ☐ Defendant has completed VIP.
☐ Jail on Ct. ____ in Case _____ is reduced additional ____ days if defendant completes A&R ☐ Defendant has completed A&R
☐ Defendant is participant in OWI Court. ☐ Defendant is eligible but declined OWI Court. ☐ Defendant may have electronic monitoring if found eligible.
☐ ____ ☐ days ☐ months are STAYED pending compliance with ☐ rules ☐ conditions of probation.
☒ 199 days dead time credit ☒ agreed to by parties ☐ if confirmed by Jail records ☐ if probation is revoked
☐ with ☐ without ☐ Huber Privileges ☐ Work Release as a Condition of Probation
☐ Jail time may be served in _____ County. Defendant must report to Walworth Co Jail first to commence sentence.
☐ Defendant may travel to Illinois for employment purposes.
☐ Defendant may earn extra good time credit.
☐ Defendant may have Huber for ☐ all purposes allowed ☐ employment ☐ child care ☐ elder care ☐ medical ☐ education ☐ VIP
☒ Defendant to submit DNA sample (unless a sample has previously been submitted).

**Formal commitment papers will be forwarded to your Office by the Clerk of Circuit Court as promptly as possible.**

Counts/Cases Dismissed and Read-in: Ct #2 _____      Dated: 3/20/26 _____

_____      **BY THE COURT:**

Counts/Cases with ☐ financial penalties only or ☐ probation only      ☐ Circuit Court Judge ☒ Deputy Clerk

☐ FAXED TO JAIL

12-21-05

piration
-30-2029

(Judge, Mr. Johnson)

arnell Junious ID#18581 SS# 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

O.B 12-19-1997

isconsin State walworth county court

ertify 12-19-1997 I, Darnell Junious certify

hat All Statement's contained herein are

rue and correct to the best of my knew Knowledge

elief and Information. I'm a citizen of the united

tate's of American. I have to change My name and

ocial Security Number Because my Identity was

tolen So I was the wrong ███ suspect. I Request

he court to give me A name of my own

r Identification. I Requested a new

rth certificate, And new Social Security

ard. birth certificate copy of an official

cord of my date and place of birth And

rentage. I Filed Identity theft and Requested

d Legal Social Security number. I Filed

r a new birth certificate From the court

dge because It's been Identity theft

rst Since 1999 Someone use my Identity

dentification card was Stolen. I request

change my Identity. I request a new Social

curity card and new birth certificate and

copy of an official card and certificate From

y Judge.

Darnell Junious
12001 S State
Chicago IL 60628



RECEIVED
JUN 18 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



06/18/2026-6

United State's District
Court Northern District of
ILLinois
219 South Dearborn Street
Chicago IL 60604

RECEIVED
JUN 17 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT